## DALL MOTOR PARTS CO v

## PACKARD MOTOR CAR CO

Ohio Supreme Court

No. 22930.  Decided Nov 26, 1931

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

### MOUSER v P U C
### ROGERS v P U C
### MOORE v P U C

Ohio Supreme Court

No. 23056.  Decided Dec 9, 1931

Marshall, CJ, Matthias, Day, Allen and Robinson, JJ, concur.  Kinkade, J, dissents.

Full opinion will be published later. Watch **Omnibus Index.**

## SNIDER v UNITED BANKING & TRUST CO

Ohio Supreme Court

No. 22982.   Decided Dec 9, 1931

Jones, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**